Appeal, Fourth Circuit, Parish of Orleans. 150 So.2d 908.

Writ refused. On the facts found by the Court of Appeal, there is no error or law in its judgment.

152 So.2d 563

**Ben J. SHEAR d/b/a Ajax of Louisiana**

**v.**

**Nick KARNO and Frank Caracci and the partnership between them known as Court of Two Sisters.**

**No. 46741.**

**May 14, 1963.**

In re: Nick Karno and Frank Caracci and the partnership between them known as Court of Two Sisters applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 150 So.2d 916.

The application is denied. There is no error of law in the judgment complained of.